**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SHANE SMITH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2200-G** |
| | ) | |
| **KELLI DAVIS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

# ORDER

This matter is before the Court for review of the Report and Recommendation (Doc. No. 5) issued on September 10, 2026, by Magistrate Judge Shon T. Erwin. Judge Erwin recommended that Petitioner Shane Smith's request for leave to proceed *in forma pauperis* be denied based upon Petitioner's ability to pay the required filing fee.

Within the time allowed for objection, Petitioner submitted the requisite $5.00 filing fee to the Court Clerk. *See* Doc. No. 9.

In light of Petitioner's submission of the required fee, the Court DENIES Petitioner's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 4). The Court ADOPTS the reasoning of the Report and Recommendation (Doc. No. 5).

Petitioner's Motions (Doc. Nos. 6, 7) are DENIED AS MOOT.

This matter is re-referred to Judge Erwin in accordance with the initial order of referral.

IT IS SO ORDERED this 3rd day of November, 2026.

CHARLES B. GOODWIN
United States District Judge